1  Robert Green, 136183
   (415) 477-6700
2  Green & Noblin, P.C.
3  2200 Larkspur Landing Circle, Suite 101
   Larkspur, CA 94939
4  Representing: Plaintiff                          File No. BLOCK-1405
5
6
7
8                    United States District Court, Northern District of California
9                    Northern District of California - District - San Francisco
10
11
12 AMANDA GORDON
                                              )    Case No. 3:22-cv-06787-SK
13                                            )
                                              )    Proof of Service of:
14         Plaintiff/Petitioner               )
                                              )        Summons; Complaint; Civil Case Cover Sheet;
15             vs.                            )        Standing Order for All Judges; Standing Order for
                                              )        Magistrate Kim
16 BLOCK, INC., et al.                        )
                                              )
17                                            )
           Defendant/Respondent               )
18 _____)
                                                       Service on:
19                                                         BLOCK, INC.
20
21
22
23
24
25
26
27
28
                                       PROOF OF SERVICE

OL#19278444

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Robert Green, 136183<br>Green & Noblin, P.C.<br>2200 Larkspur Landing Circle, Suite 101<br>Larkspur, CA 94939 | (415) 477-6700 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>BLOCK-1405 | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
AMANDA GORDON

DEFENDANT:
BLOCK, INC., et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:22-cv-06787-SK |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons; Complaint; Civil Case Cover Sheet; Standing Order for All Judges; Standing Order for Magistrate Kim

2. Party Served: BLOCK, INC.

3. Person Served: CT Corporation System - Diana Ruiz, Process Specialist - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 11/14/2022    12:32PM

5. Address, City and State: 330 North Brand Blvd, #700
   Glendale, CA 91203

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 40

Registered California process server.
County: Los Angeles
Registration No.: 2019217220
Jessica Brown
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 11/14/2022 at Petaluma, California.

Signature: _____
Jessica Brown

OL# 19278444