POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Robert Green, 136183<br>Green & Noblin, P.C.<br>2200 Larkspur Landing Circle, Suite 101<br>Larkspur, CA 94939<br>TELEPHONE NO.: (415) 477-6700<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court, Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: AMANDA GORDON<br>DEFENDANT/RESPONDENT: BLOCK, INC., et al. | CASE NUMBER:<br>3:22-cv-06787-SK |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>BLOCK-1405 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: CIVIL COVER SHEET, SUMMONS, COMPLAINT, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, STANDING ORDER FOR MAGISTRATE JUDGE SALLIE KIM

3. a. Party served: Cash App Investing, LLC

   b. Person Served: Party in Item 3a

4. Address where the party was served: 400 SW 6th Ave, 11th Floor
   Portland, OR 97204

5. I served the party
   b. **by substituted service.** On (date): 11/07/2022   at (time): 4:32PM   I left the documents listed in item 2 with or in the presence of: Bre Leija - Person Authorized to Accept

   (1) (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   d. on behalf of:

   Cash App Investing, LLC
      under:   Other: Limited Liability Company

7. **Person who served papers**
   a. Name:   Wayne Savage
   b. Address:   One Legal - P-000618-Sonoma
      1400 North McDowell Blvd, Ste 300
      Petaluma, CA 94954
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 220.00
   e. I am:
      (1) Not a registered California process server.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 11/15/2022

Wayne Savage
(NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

OL# 19244107

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>Robert Green, 136183<br>Green & Noblin, P.C.<br>2200 Larkspur Landing Circle<br>Larkspur, CA 94939<br>ATTORNEY FOR (Name): Plaintiff | TELEPHONE NO.:<br>(415) 477-6700 | FOR COURT USE ONLY |
|---|---|---|
| | Ref. No. or File No.<br>BLOCK-1405 | |
| Insert name of court, judicial district or branch court, if any:<br>Northern District of California - District - San Francisco<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | | |
| PLAINTIFF:<br>AMANDA GORDON | | |
| DEFENDANT:<br>BLOCK, INC., et al. | | |
| **PROOF OF SERVICE BY MAIL** | | CASE NUMBER:<br>3:22-cv-06787-SK |

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 11/14/2022, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

CIVIL COVER SHEET, SUMMONS, COMPLAINT, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, STANDING ORDER FOR MAGISTRATE JUDGE SALLIE KIM

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Cash App Investing, LLC

400 SW 6th Ave, 11th Floor

Portland, OR 97204

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 220.00

| | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
|---|---|
| One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | *MBerry*<br>Melissa Berry<br>OL# 19244107 |