MICHELLE VISSER (STATE BAR NO. 277509)
mvisser@orrick.com
ARAVIND SWAMINATHAN (*pro hac vice forthcoming*)
aswaminathan@orrick.com
REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
THOMAS FU (STATE BAR NO. 325209)
tfu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:	+1 415 773 5700
Facsimile:	+1 415 773 5759

Attorneys for Defendants
BLOCK, INC. and CASH APP INVESTING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA GORDON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | Case No. 4:22-cv-06787-YGR<br><br>**DECLARATION OF ARAVIND SWAMINATHAN IN SUPPORT OF ADMINISTRATIVE MOTION TO ENLARGE TIME PURSUANT TO CIVIL L.R. 6-3** |

I, Aravind Swaminathan, declare as follows:

1. I am a partner with the law firm Orrick, Herrington & Sutcliffe LLP, counsel for Defendants Block, Inc. and Cash App Investing, LLC. I make this declaration in support of Defendants' Administrative Motion to Enlarge Time. I have personal knowledge of the facts stated herein and, if called as a witness, would competently testify thereto.

2. I have reviewed the complaints in *Gordon v. Block, Inc. et al.*, Case No. 22-cv-06787-YGR (N.D. Cal.), and *Salinas, et al. v. Block, Inc., et al.*, No. 22-cv-04823-JSC, (N.D. Cal.) and I believe the actions concern substantially the same parties and event and it appears likely that there will be an unduly burdensome duplication of labor and expense and risk of conflicting results if the cases are conducted before different Judges.

3. As a result, on November 28, 2022, Defendants filed an Administrative Motion To Consider Whether Cases Should Be Related, seeking relation of the cases before Judge Jacqueline Scott Corley, before whom the lower-numbered case is currently pending. Following relation, Defendants intend to seek consolidation of the *Salinas* and *Gordon* actions.

4. The *Gordon* Complaint was served on Cash App on November 7, 2022 and on Block on November 14, 2022.

5. Defendants sought Plaintiff's consent to relation of the cases and to a stay of the proceedings, but Plaintiff's counsel refused to stipulate.

6. Defendants also sought Plaintiff's consent to an extension of their response deadline, but Plaintiff's counsel refused to stipulate.

7. If the Court does not grant the requested extension, Defendants will be made to file answers and/or motions to dismiss in substantially similar cases making overlapping allegations about the same set of underlying facts, resulting in duplicative work and the potential for inconsistent decisions in the two cases.

8. There have been no previous time modifications in this case.

9. Defendants seek an extension of the response deadline to February 3, 2023 to permit the relation and consolidation process to be completed. If the cases remain separate and this Court

still has jurisdiction over this action, Defendants may seek a continuance of the Case Management Conference currently scheduled for February 6, 2023. The requested extension will not otherwise affect the case schedule.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 28th day of November 2022 at Seattle, Washington.

By: ___/s/ Aravind Swaminathan_____
ARAVIND SWAMINATHAN

- 3 -

DECLARATION OF ARAVIND SWAMINATHAN IN SUPPORT OF ADMINISTRATIVE MOTION
4:22-CV-06787-YGR