1  ARAVIND SWAMINATHAN (*pro hac vice forthcoming*)
   aswaminathan@orrick.com
2  MICHELLE VISSER (STATE BAR NO. 277509)
   mvisser@orrick.com
3  REBECCA HARLOW (STATE BAR NO. 281931)
   rharlow@orrick.com
4  THOMAS FU (STATE BAR NO. 325209)
   tfu@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA  94105-2669
7  Telephone:   +1 415 773 5700
   Facsimile:   +1 415 773 5759
8
   Attorneys for Defendants
9  BLOCK, INC. and CASH APP INVESTING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AMANDA GORDON, individually and on behalf of all others similarly situated, | Case No. 4:22-cv-06787-YGR |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | Judge:  Hon. Yvonne Gonzalez Rogers |
| BLOCK, INC. and CASH APP INVESTING, LLC, | |
| Defendants. | |

NOTICE OF APPEARANCE
4:22-cv-6787

1  TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:

2      PLEASE TAKE NOTICE that Thomas Fu, of Orrick, Herrington & Sutcliffe LLP, hereby
3  enters his appearance on behalf of Defendants Block, Inc. and Cash App Investing, LLC in the
4  above-captioned matter and requests that all notices given or required to be given, and all papers
5  filed or served or required to be served in the above-captioned matter, be provided to and served
6  upon:

9    Thomas Fu                                      Email: tfu@orrick.com
   355 S. Grand Ave., Suite 2700
10  Los Angeles, CA 90071-1596

13 Dated: November 30, 2022

14                                          By:          */s/ Thomas Fu*
15                                                   Thomas Fu
                                       ORRICK, HERRINGTON & SUTCLIFFE LLP
16                                          Attorneys for Defendants
                                    Block, Inc. and Cash App Investing, LLC