1  ARAVIND SWAMINATHAN (*pro hac vice forthcoming*)
   aswaminathan@orrick.com
2  MICHELLE VISSER (STATE BAR NO. 277509)
   mvisser@orrick.com
3  REBECCA HARLOW (STATE BAR NO. 281931)
   rharlow@orrick.com
4  THOMAS FU (STATE BAR NO. 325209)
   tfu@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA  94105-2669
7  Telephone:    +1 415 773 5700
   Facsimile:    +1 415 773 5759
8
   Attorneys for Defendants
9  BLOCK, INC. and CASH APP INVESTING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AMANDA GORDON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | Case No. 4:22-cv-06787-YGR<br><br>**NOTICE OF APPEARANCE**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers |
|---|---|

NOTICE OF APPEARANCE
4:22-cv-6787

1   TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:

2       PLEASE TAKE NOTICE that Rebecca Harlow, of Orrick, Herrington & Sutcliffe LLP,

3   hereby enters her appearance on behalf of Defendants Block, Inc. and Cash App Investing, LLC in

4   the above-captioned matter and requests that all notices given or required to be given, and all papers

5   filed or served or required to be served in the above-captioned matter, be provided to and served

6   upon:

| | |
|---|---|
| Rebecca Harlow | Email: rharlow@orrick.com |
| The Orrick Building | |
| 405 Howard Street | |
| San Francisco, CA 94105-2669 | |

Dated: November 30, 2022

By:       */s/ Rebecca Harlow*
      Rebecca Harlow
      ORRICK, HERRINGTON & SUTCLIFFE LLP
      Attorneys for Defendants
      Block, Inc. and Cash App Investing, LLC