UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA GORDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | Case No. 4:22-cv-06787-YGR<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO ENLARGE TIME PURSUANT TO LOCAL CIVIL RULE 6-3 **NUNC PRO TUNC** |

For good cause appearing, the deadline for Defendants to answer or otherwise respond to the Complaint is extended to February 3, 2023.

Dated:  December 2, 2022           By: _/s/ Yvonne Gonzalez Rogers_

HON. YVONNE GONZALEZ ROGERS

U.S. District Judge