UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA GORDON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | **[PROPOSED] ORDER DENYING MOTION TO CONSOLIDATE**<br><br>Case No.: 3:22-cv-06787-JSC |
| MICHELLE SALINAS and RAYMEL WASHINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>Defendants. | Case No. 3:22-cv-04823-JSC |

WHEREFORE, for good cause shown, the Court finds that *Gordon v. Block, Inc. et al.*, Case No. 22-cv-06787-JSC (N.D. Cal.), and *Salinas, et al. v. Block, Inc., et al.*, No. 22-cv-04823-JSC, (N.D. Cal.) shall not be consolidated and shall remain separate cases. Defendants' Motion to Consolidate is hereby **DENIED**.  **IT IS SO ORDERED.**

Dated: _____        By: _____
**HON. JACQUELINE SCOTT CORLEY**
**U.S. District Judge**