ARAVIND SWAMINATHAN (*admitted pro hac vice*)
aswaminathan@orrick.com
REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
THOMAS FU (STATE BAR NO. 325209)
tfu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

Attorneys for Defendants
BLOCK, INC. and CASH APP INVESTING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SALINAS and RAYMEL WASHINGTON, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>BLOCK, INC. and CASH APP INVESTING, LLC,<br><br>  Defendants. | Case No. 3:22-cv-04823-JSC<br><br>**STIPULATION PURSUANT TO CIVIL L.R. 6-1(B) AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE**<br><br>Judge:  Hon. Jacqueline Scott Corley |

1    Pursuant to Local Rule 6-1(b), Plaintiffs Michelle Salinas and Raymel Washington and
2    Defendants Block, Inc. and Cash App Investing, LLC, by and through the undersigned counsel,
3    hereby stipulate and agree to the following proposed modification of the case schedule:
4    WHEREAS, the Complaint (ECF No. 1) was filed in this action on August 23, 2022;
5    WHEREAS, the parties have previously stipulated, and the Court has approved, that the
6    time for Defendants to answer or otherwise respond to the Complaint be extended to February 3,
7    2023 (ECF Nos. 22, 25, 33, 34, 39, 40);
8    WHEREAS, a complaint was filed in an action captioned *Gordon v. Block Inc. and Cash
9    App Investing, LLC*, No. 22-cv-6787 (N.D. Cal.) on November 2, 2022;
10   WHEREAS, on December 6, 2022, the Court ordered that this matter and *Gordon* be
11   related;
12   WHEREAS, on December 15, 2022, Defendants filed a motion to consolidate the *Salinas*
13   and *Gordon* actions that is opposed by Plaintiff Gordon;
14   WHEREAS, the hearing on Defendants' motion is scheduled for January 19, 2023; and
15   WHEREAS, the parties have agreed to engage in mediation in an attempt to reach an early
16   resolution of this action and are in the process of scheduling that mediation;
17   Plaintiffs and Defendants hereby stipulate that:
18   - The hearing on Defendants' motion to consolidate be continued to the second
19     Thursday after the mediation concludes.
20   - If the Court grants Defendants' motion, then the deadline for Defendants to answer
21     or otherwise respond be continued to 30 days after the filing of a consolidated
22     complaint.
23   - If the Court denies Defendants' motion, then the Deadline for Defendants to answer
24     or otherwise respond be continued to 30 days after the Court's denial of the motion.
25   This is the fourth extension sought by the parties to this litigation and is sought because the
26   parties have agreed to engage in mediation in an attempt to resolve this dispute.
27   **IT IS SO STIPULATED.**
28

- 2 -

STIPULATION AND [PROPOSED] ORDER
TO MODIFY CASE SCHEDULE
3:22-cv-4823-JSC

4154-3417-3764.4

Dated: January 18, 2023

By: _____/s/ Aravind Swaminathan_____
Aravind Swaminathan
ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Defendants
Block Inc. and Cash App Investing LLC

By: _____/s/ Gary Graifman_____
Gary Graifman
KANTROWITZ GOLDHAMER & GRAIFMAN, P.C.
Attorneys for Plaintiffs

The hearing on Defendants' Motion to Consolidate is vacated. A case management conference is set for May 11, 2023 at 1:30 p.m. by a Zoom videoconference. Update statement is due by May 4, 2023.

**IT IS SO ORDERED.**

Dated: January 18, 2023        By: _____

*IT IS SO ORDERED AS MODIFIED*
*Jacqueline Scott Corley*
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 3 -

STIPULATION AND [~~PROPOSED~~] ORDER
TO MODIFY CASE SCHEDULE
3:22-CV-4823-JSC

4154-3417-3764.4