1

2

3

4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6

7   MICHELLE SALINAS, et al.,              Case No.  22-cv-04823-SK

8                Plaintiffs,
                                           **ORDER GRANTING MOTION TO**
9        v.                                **CONSOLIDATE**

10  BLOCK, INC., et al.,
                                           Regarding Docket No. 71
11               Defendants.

12

13  AMANDA GORDON,                         Case No.  22-cv-06787-SK

14               Plaintiff,
                                           **ORDER GRANTING MOTION TO**
15       v.                                **CONSOLIDATE**

16  BLOCK, INC., et al.,

17               Defendants.

18

19

20       The Court HEREBY GRANTS the motion to consolidate the above two captioned matters.

21  These two cases are CONSOLIDATED for all purposes.  The Salinas case is designated as the

22  lead case (hereafter, the "Consolidated Action.").  All papers filed in the Consolidated Action shall

23  be filed in the Salinas Case only, Case No. 3:22-cv-04823.

24       **IT IS SO ORDERED**.

25  Dated: June 3, 2024

26                                         

27                                         SALLIE KIM
                                           United States Magistrate Judge
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California